# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 2, 2024

## NO.  03-23-00648-CR

**Melissa Lynn Schmalhorst, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the trial court.  Melissa Lynn Schmalhorst has filed a motion to dismiss the appeal.  Therefore, the Court grants the motion, and dismisses the appeal.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.